IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Arroyo, Georgina

Printed: 12/23/08

Case Number:  05 B 07931
Judge:  Squires, John H
Filed:  3/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  September 10, 2008
Confirmed:  April 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,162.51 |  |
| Secured: |  | 5,724.65 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,232.00 |
| Trustee Fee: |  | 464.43 |
| Other Funds: |  | 1,741.43 |
| Totals: | 11,162.51 | 11,162.51 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 3,232.00 | 3,232.00 |
| 2. | Chase Manhattan | Secured | 0.00 | 0.00 |
| 3. | Overland Bond & Investment Corp | Secured | 0.00 | 0.00 |
| 4. | Coachlight Condominims Association | Secured | 6,419.98 | 2,723.17 |
| 5. | Chase Manhattan | Secured | 5,797.22 | 3,001.48 |
| 6. | Overland Bond & Investment Corp | Unsecured | 244.24 | 0.00 |
| 7. | Coachlight Condominims Association | Unsecured | 0.00 | 0.00 |
| 8. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| | | | $ 15,693.44 | $ 8,956.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 40.44 |
| 3% | 26.11 |
| 5.5% | 127.60 |
| 5% | 58.00 |
| 4.8% | 55.68 |
| 5.4% | 156.60 |
| 6.5% | 0.00 |
| | $ 464.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Arroyo, Georgina

Printed: 12/23/08

Case Number:  05 B 07931

Judge:  Squires, John H

Filed:  3/7/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

